IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUDAH WOLF, *et al.*,             Case No. 3:11-cv-61

    Plaintiffs,            Judge Timothy S. Black

vs.

MYELOTEC, INC.,

    Defendant.

**ORDER SETTING SETTLEMENT CONFERENCE**

This case is hereby set for settlement conference **on December 17 and 18, 2012,** commencing **at 9:30 a.m.,** at the Potter Stewart United States Courthouse, 100 E. Fifth Street, Room 815, Cincinnati, Ohio.  The undersigned United Stated District Judge will serve as the facilitator of the settlement conference.

Not later than **5:00 p.m.** on **December 11, 2012,** each party shall submit to the Judge only, and without formal filing with the Clerk, a confidential letter of three pages or less regarding potential settlement, including a very short statement of the strengths and weaknesses of the case, an individualized assessment of liability and especially damages as to each plaintiff, a summary of prior settlement negotiations, if any, and a proposal as to how to settle this case now.  These letters will be maintained by the Court separate and apart from the case file, and may be delivered by email (black_chambers@ohsd.uscourts.gov).

Throughout the entirety of this settlement conference, party representatives with complete authority to negotiate a settlement of the case shall be present.

Pursuant to S. D. Ohio Civ. R. 16.3(c), all statements made by the parties relating to the substance or merits of claims or defenses made in the case, whether written or oral, made for the first time during the settlement conference or in the settlement conference statements required above shall be kept confidential by the Court, the parties, and counsel and shall not be admissible in evidence for any reason during the trial of this case.

**IT IS SO ORDERED.**

**Date:** 11/19/12                          *s/ Timothy S. Black*
                                                       Timothy S. Black
                                                       United States District Judge