IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES CARTER, *et al.*,

    Plaintiffs,

vs.

    Case Number: 3:11-cv-15

    Judge Timothy S. Black

MYELOTEC, INC.,

    Defendant.

\*\*\*\*

JUDAH WOLF, *et al.,*

    Plaintiffs,

vs.

    Case Number: 3:11-cv-61

    Judge Timothy S. Black

MYELOTEC, INC.,

    Defendant.

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

The cases having settled in the Court's presence on December 17, 2012;

It is **ORDERED** that the actions are hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlements are not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Dated: 12/21/12

    __*s/ Timothy S. Black*_____
    Timothy S. Black
    United States District Judge